**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PAUL PETERY, individually and on behalf of a class of similarly situated persons, | : | |
| | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 23-604 |
| | : | |
| v. | : | |
| | : | |
| USAA CASUALTY INSURANCE COMPANY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this   25th      day of January, 2024, upon consideration of Defendant's

Motion to Dismiss for Failure to State a Claim (Docket No. 15), Plaintiff's response thereto and

Defendant's Reply, it is hereby **ORDERED** as follows:

1.      Defendant's Motion to Dismiss is **GRANTED**;

2.      Plaintiff's Amended Complaint is **DISMISSED** with prejudice; and

3.      This case shall be **CLOSED**.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

1